UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-21911-CIV-GRAHAM/WHITE

HARRY R. CAMPBELL,

    Plaintiff,

vs.

FCI MIAMI, et al,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding the civil rights complaint filed by pro se Plaintiff Harry R. Campbell [D.E. 17].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White [D.E. 3]. Plaintiff filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983, claiming that, while confined in the Federal Correctional Institution in Miami, he was hit in the face by case manager J. Acosta [D.E. 1]. Upon Order of the Court, Plaintiff filed an Amended Complaint in which Plaintiff alleged that Drs. Ginart and Smith denied him medical treatment for his injured jaw [D.E. 11 & 14]. Upon initial screening of the amended complaint [D.E. 14], pursuant to 28 U.S.C. §1915, a Report was issued by the Magistrate Judge recommending that the case proceed against J. Acosta for use of excessive force and against Drs. Smith and Ginart for denial of adequate medical

treatment [D.E. 17]. Defendant Campbell filed no objections to the Magistrate's Report.

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 17] is hereby **RATIFIED, AFFIRMED** and **APPROVED** in its entirety. Accordingly, it is

**ORDERED AND ADJUDGED** that the case proceed against J. Acosta for use of excessive force and against Drs. Smith and Ginart for denial of adequate medical treatment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of January 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Patrick A. White
     Harry R. Campbell, <u>pro se</u>